December 29, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

RUDY  DICKERSON, Appellant

NO. 14-15-00809-CR                     V.

THE STATE OF TEXAS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on September 16, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Rudy Dickerson.

We further order this decision certified below for observance.